UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ELISE EATON, Individually, and as the Legal Representative of the Estate of JEFFREY EATON, and as the Beneficiary of the Estate of JEFFREY EATON**<br><br>**Plaintiff,**<br><br>v.<br><br>**ANADARKO PETROLEUM CORPORATION, and ANADARKO PETROLEUM CORPORATION'S ADMINISTRATIVE AND INVESTMENT COMMITTEE**<br><br>**Defendants.** | § § § § § § § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 4:15-cv-2427 |

## DEFENDANT ANADARKO PETROLEUM CORPORATION'S CERTIFICATE OF INTERESTED PARTIES

Defendant Anadarko Petroleum Corporation, through its undersigned counsel of record makes the following disclosure, on information and belief, of persons and entities that are financially interested in the outcome of this litigation. These representations are made in order that the Judge of the Court may evaluate possible disqualifications or recusal. Any publicly-traded entities are underlined below.

1. Defendant Anadarko Petroleum Corporation has no parent corporation and no publicly-held corporation owns 10% or more of Anadarko Petroleum Corporation;

2. Carlos R. Rainer, attorney for Defendant;

48743993.1

1

3. Eliot Fielding Turner, attorney for Defendant

4. Norton Rose Fulbright US LLP, attorneys for Defendant;

5. Plaintiff Elise Eaton, Individually, and as the Legal Representative of the Estate of Jeffrey Eaton, and as the Beneficiary of the Estate of Jeffrey Eaton;

6. Maureen Ball, attorney for Plaintiff.

Dated: August 21, 2015            Respectfully submitted,

            /s/Carlos R. Rainer
Of Counsel:                        Carlos R. Rainer
Eliot Fielding Turner              State Bar No. 24027641
State Bar No. 24066224             Federal I.D. No. 29059
Federal I.D. No. 976577            carlos.rainer@nortonrosefulbright.com
eliot.turner@nortonrosefulbright.com   1301 McKinney, Suite 5100
1301 McKinney, Suite 5100          Houston, TX 77010
Houston, TX 77010-3095             Telephone:   (713) 651-5151
Telephone: (713) 651-5151          Facsimile:   (713) 651-5246
Facsimile: (713) 651-5246

            *Attorney-in-Charge for Defendant Anadarko Petroleum Corporation*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was e-filed via the Court's PACER system and served on the following counsel of record via email and Certified Mail, Return Receipt Requested, on the 21st day of August, 2015 at the following addresses:

Maureen Ball (*mballatty@gmail.com*)
15899 Highway 105 West
Montgomery, TX 77355
Telephone:    731-231-6175
Facsimile:    281-378-3352
**Counsel for Plaintiff**


            /s/ Carlos R. Rainer
            Carlos R. Rainer

48743993.1                         2